```
                              FILED
                         U.S. DISTRICT COURT
                         DISTRICT OF WYOMING

                         2012 OCT 26  PM 2 36

                         STEPHAN HARRIS, CLERK
                              CASPER
```

# UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

NEPCO FUND II LLC,

Case Number: **12 CV 246-F**

V.

MICHAEL V. DeFELICE and BABETTE DeFELICE

---

## NOTIFICATION OF COMPLEXITY OF CIVIL CASE

Pursuant to U.S.D.C.L.R. 16.4, the **Plaintiff**
(identify party)

hereby notifies the Court and the opposing party(s) that the above named civil case is:

☑ Non-Complex

☐ Complex

Dated this _26th_ day of _October_, _2012_.

_____
Signature
Timothy M. Stubson                    6-3144
Print Name                            Bar Number
152 N. Durbin, Suite 220
Address
Casper                      WY        82601
City                       State      Zip Code
307 265-2279               307 265-2307
Phone Number               Fax Number