Timothy M. Stubson [#6-3144]
Crowley Fleck PLLP
152 North Durbin, Suite 220
Casper, WY 82601
(307) 265-2279

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2012 OCT 26 PM 2 35
STEPHAN HARRIS, CLERK
CASPER

| | | |
|---|---|---|
| NEPCO FUND II LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 12 CV 246-F |
| | ) | |
| MICHAEL V. DeFELICE, and | ) | |
| BABETTE DeFELICE | ) | |
| | ) | |
| Defendants. | ) | |

## CORPORATE DISCLOSURE

Pursuant to Fed. R. Civ. P.7.1(a), Plaintiff NEPCO Fund II LLC hereby makes the following disclosure:

NEPCO Fund II LLC is a closely held Massachusetts Limited Liability Company. No public corporation owns any interest in the Plaintiff.

DATED this 26 day of October, 2012.

NEPCO Fund II LLC, Plaintiff,

By: _____
Timothy M. Stubson
Crowley Fleck, PLLP
152 North Durbin, Suite 220
Casper, WY 82601
(307) 265-2279