Erika M. Nash (Wyo. Bar No. 6-3867)
**LONG REIMER WINEGAR BEPPLER LLP**
270 West Pearl Street, Suite 103
P.O. Box 3070
Jackson, Wyoming 83001
Telephone: (307) 734-1908
Facsimile: (307) 733-3752
Email: enash@lrw-law.com

*Attorney for Michael V. DeFelice and*
*Babette DeFelice, Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| NEPCO FUND II LLC, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| vs. | ) Civil Action No. 12-CV-246-F |
|  | ) |
| MICHAEL V. DeFELICE, and | ) |
| BABETTE DeFELICE, | ) |
|  | ) |
| Defendants, | ) |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

Erika M. Nash, of the law firm Long Reimer Winegar Beppler, LLP, hereby enters her appearance in the above referenced matter and requests that all pleadings, orders, and notices be sent to her attention. Erika M. Nash is admitted or otherwise authorized to practice in this court, and appears in this case as counsel for Michael V. DeFelice and Babette DeFelice, the Defendants herein.

DATED this 6th day of December, 2012.

                                        Michael V. DeFelice and Babette DeFelice

                                        /s/ Erika M. Nash  
                                        Erika M. Nash (Wyo. Bar No. 6-3867)  
                                        **LONG REIMER WINEGAR BEPPLER LLP**  
                                        270 West Pearl Street, Suite 103  
                                        Jackson, Wyoming 83001  
                                        P.O. Box 3070  
                                        Telephone:  (307) 734-1908  
                                        Facsimile:  (307) 733-3752  
                                        Email: enash@lrw-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of December, 2012, I caused a true and correct copy of the foregoing to be served on the following parties by depositing a copy of the same in the United States mail, first class postage prepaid, addressed as follows, and that all attorneys of record also were served electronically via the Court's electronic noticing system:

Timothy M. Stubson  
Crowley Fleck PLLP  
152 North Durbin Street, Suite 220  
Casper, WY 82601  
(307) 265-2279  
(307) 265-2307 (fax)  
tstubson@crowleyfleck.com  
*Attorney for Plaintiff*

                                        /s/ Erika M. Nash