Susan C. Stubson [#6-3233]
Timothy M. Stubson [#6-3144]
Crowley Fleck PLLP
152 North Durbin, Suite 220
Casper, WY 82601
(307) 265-2279

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| NEPCO FUND II LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 12-CV-246-F |
| ) | |
| MICHAEL V. DeFELICE, and ) | |
| BABETTE DeFELICE ) | |
| ) | |
| Defendants. ) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

COMES NOW Susan C. Stubson, of Crowley Fleck, PLLP, and enters her appearance as counsel for Plaintiff, NEPCO FUND II LLC, in the above captioned matter.

DATED this 21st day of December, 2012.

/s/Susan C. Stubson_____
SUSAN C. STUBSON #6-3233
sstubson@crowleyfleck.com
TIMOTHY M. STUBSON #6-3144
Crowley Fleck, PLLP
152 North Durbin Street, Suite 220
Casper, WY 82601-7009
(307) 265-2279
Attorneys for Plaintiff NEPCO Fund II LLC

**Certificate of Service**

    The undersigned hereby certifies that on the 21st day of December, 2012, the above and foregoing document was served upon counsel of record by depositing a true and correct copy of the same in the United States mail, postage prepaid, and properly addressed as follows:

Erika M. Nash
Long Reimer Winegar Beppler LLP
270 West Pearl Street, Suite 103
P.O. Box 3070
Jackson, Wyoming 83001

                                                            /s/ Susan C. Stubson_____
                                                            Susan C. Stubson