

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| NEPCO FUND II LLC, )<br>)<br>　　Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL V. DeFELICE, and )<br>BABETTE DeFELICE, )<br>)<br>　　Defendants, )<br>)<br>) | Civil Action No. 12-CV-246-F |

## ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND OR OTHERWISE DEFEND AGAINST PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

THIS MATTER comes before the Court upon the Stipulated Motion For Extension Of Time Within Which To Respond Or Otherwise Defend Against Plaintiff's Motion For Summary Judgment jointly requested by the Plaintiff and the Defendant, the Court having fully reviewed the Stipulated Motion, and being fully advised in the premises, finds that good cause exists for the granting of such Motion.

NOW THEREFORE, it is ordered that the Plaintiffs will have up to and including eight (8) days from the original deadline for this response, up to and including January 30, 2013 in which to respond or otherwise defend against Plaintiff's Motion for Summary Judgment.

_____