Aaron J. Lyttle (Wyo. Bar No. 7-4726)
**LONG REIMER WINEGAR BEPPLER LLP**
2120 Carey Avenue, Suite 300
P.O. Box 87
Cheyenne, Wyoming 82003
Telephone: (307) 635-0710
Facsimile: (307) 635-0413
Email: alyttle@lrw-law.com

*Attorney for Michael V. DeFelice and*
*Babette DeFelice, Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| NEPCO FUND II LLC, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | Civil Action No. 12-CV-246-F |
| MICHAEL V. DeFELICE, and BABETTE DeFELICE, | ) | |
| Defendants, | ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Aaron J. Lyttle, of the law firm Long Reimer Winegar Beppler, LLP, hereby enters his appearance in the above referenced matter and requests that all pleadings, orders, and notices be sent to his attention.  Aaron J. Lyttle is admitted or otherwise authorized to practice in this court, and appears in this case as counsel for Michael V. DeFelice and Babette DeFelice, the Defendants herein.

DATED this 31st day of January, 2013.

               Michael V. DeFelice and Babette DeFelice


               __/s/_ Aaron J. Lyttle_____
               Aaron J. Lyttle (Wyo. Bar No. 7-4726)
               **LONG REIMER WINEGAR BEPPLER LLP**
               2120 Carey Avenue, Suite 300
               P.O. Box 87
               Cheyenne, Wyoming 82003
               Telephone:  (307) 635-0710
               Facsimile:  (307) 635-0413
               Email: alyttle@lrw-law.com


## **CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of January, 2013, I caused a true and correct copy of the foregoing to be served on the following parties by depositing a copy of the same in the United States mail, first class postage prepaid, addressed as follows, and that all attorneys of record also were served electronically via the Court's electronic noticing system:

Timothy M. Stubson
Crowley Fleck PLLP
152 North Durbin Street, Suite 220
Casper, WY 82601
(307) 265-2279
(307) 265-2307 (fax)
tstubson@crowleyfleck.com
*Attorney for Plaintiff*


               /s/ Aaron J. Lyttle_____